Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−32168−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carlos E Rodriguez
   235 Harrison Avenue, 1st Floor
   Garfield, NJ 07026

Social Security No.:
   xxx−xx−0488

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:    3/22/18
Time:    11:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Roger Chavez

COMMISSION OR FEES
$3,000.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: February 21, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Carlos E Rodriguez
      Debtor

Case No. 17-32168-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin     Page 1 of 3     Date Rcvd: Feb 21, 2018
                      Form ID: 137     Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2018.

```
db              +Carlos E Rodriguez,    235 Harrison Avenue, 1st Floor,    Garfield, NJ 07026-1209
517155018       +Angela Echavarria,    C/ODivision of Child Support Enforcement,    P.O. Box 14,
                  Albany, NY 12201-0014
517155016        Angela Echavarria,    C/O NYS Child Support Processing Center,    P.O. Box 15368,
                  Albany, NY 12212-5368
517155017       +Angela Echavarria,    C/ODivision of Child Support Enforcement,    40 North Pearl Street, RM 13C,
                  Albany, NY 12243-0001
517155021      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank Of America,    4161 Piedmont Parkway,    NC4-105-03-14,
                  Greensboro, NC 27410)
517155022       +Bank Of America,    100 North Tryon Street,    Charlotte, NC 28202-4031
517155025        Barclays Bank Delaware,    Card Services,    P.O. Box 13337,    Philadelphia, PA 19101-3337
517155023       +Barclays Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
517155024        Barclays Bank Delaware,    Card Services,    Payment Disputes,    P.O. Box 8803,
                  Wilmington, DE 19899-8803
517155027      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:  Capital One Bank USA NA,    15000 Capital One Drive,
                  Richmond, VA 23238-1119)
517256152        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517155028        Capital One Bank USA NA,    PO Box 30285,    Salt Lake City, UT 84130-0285
517155026        Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
517155029       +Carmen Rodriguez,    19 Kathys Court,    Paterson, NJ 07501-3068
517155030        Chase Bank,    C/O Bank One,    PO Box 15298,    Wilmington, DE 19850-5298
517155032       +Chase Bank,    C/O Bank One,    PO Box 15548,    Wilmington, DE 19886-5548
517155031       +Chase Bank,    C/O Bank One,    800 Brooksedge Boulevard,    Westerville, OH 43081-2822
517155035        Citi Cards,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
517155033        Citi Cards,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
517155034       +Citi Cards,    P.O. Box 6062,    Sioux Falls, SD 57117-6062
517155037        Comenity Capital Bank,    C/O Toyota Rewards,    PO Box 183043,    Columbus, OH 43218-3043
517155038        Comenity Capital Bank,    C/O Toyota Rewards,    PO Box 183003,    Columbus, OH 43218-3003
517155036       +Comenity Capital Bank,    C/O Toyota Rewards,    PO Box 182120,    Columbus, OH 43218-2120
517268742        Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                  Kirkland, WA  98083-0657
517155039       +GC Services LP,    GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
517155040       +GC Services LP,    GC Services Limited Partnership,    P.O. Box 2667,    Houston, TX 77252-2667
517155041       +GC Services LP,    GC Services Limited Partnership,    P.O. Box 3855,    Houston, TX 77253-3855
517155044       +IC System, Inc.,    IC Systems Collections,    444 Highway 96 East,    St. Paul, MN 55127-2557
517155042        IC System, Inc.,    IC Systems Collections,    PO Box 64378,    St. Paul, MN 55164-0378
517155043        IC System, Inc.,    IC Systems Collections,    PO Box 64437,    St. Paul, MN 55164-0437
517155046       +Imaging Subspecialists Of North Jersey,    1135 Broad Street, 3rd Floor, Suite 4,
                  Clifton, NJ 07013-3346
517155045       +Imaging Subspecialists Of North Jersey,    1 Bay Avenue,    Montclair, NJ 07042-4837
517155047       +Imaging Subspecialists Of North Jersey,    703 Main Street-Ground Floor,
                  Paterson, NJ 07503-2621
517155050       +LCA Collections,    C/O Laboratory Corporation of America,    1250 Chapel Hill Road,
                  Burlington, NC 27215-7141
517155051        LCA Collections,    C/O Laboratory Corporation of America,    P.O. Box 2240,
                  Burlington, NC 27216-2240
517155049        Law Offices Of Hayt, Hayt & Landau, LLC,    P.O. Box 500,    Eatontown, NJ 07724-0500
517155048       +Law Offices Of Hayt, Hayt & Landau, LLC,    2 Industrial Way West,    Eatontown, NJ 07724-2279
517155054       +Macys,    9111 Duke Drive,    Mason, OH 45040-8999
517155053       +Macys,    PO Box 8053,    Mason, OH 45040-8053
517155052       +Macys,    PO Box 8218,    Mason, OH 45040-8218
517155055       +Mullooly, Jeffrey, Rooney & Flynn, LLP,    6851 Jericho Turnpike, Suite 220,    P.O. Box 9036,
                  Syosset, NY 11791-9036
517155057       +Omni Eye Services,    475 Prospect Avenue,    West Orange, NJ 07052-4197
517155058       +Omni Eye Services,    2200 Route 10 West,    Parsippany, NJ 07054-5305
517155056        Omni Eye Services,    485 Route 1 South, Building A,    Iselin, NJ 08830
517155059       +Sall Myers Medical Associates, P.A.,    100 Hamilton Plaza, 3rd Floor,    Paterson, NJ 07505-2109
517155060       +Sall Myers Medical Associates, P.A.,    P.O. Box 2947,    Paterson, NJ 07509-2947
517155063        Selip & Stylianou, LLP,    10 Forrest Avenue, Suite 300,    P.O. Box 914,
                  Paramus, NJ 07653-0914
517155064       +Selip & Stylianou, LLP,    199 Crossways Park Drive,    P.O. Box 363,    Woodbury, NY 11797-0363
517155076      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Motor Credit Corporation,    4 Gatehall Drive Suite 350,
                  Parsippany, NJ 07054)
517155073       +Toyota Motor Credit Corporation,    P.O. Box 9786,    Cedar Rapids, IA 52409-0004
517200577       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

```
District/off: 0312-2          User: admin              Page 2 of 3              Date Rcvd: Feb 21, 2018
                              Form ID: 137             Total Noticed: 64


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2018 23:34:30      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2018 23:34:28     United States Trustee,
                   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
517252475        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2018 23:56:11
                   Portfolio Recovery Associates, LLC,    c/o Jetblue Rewards Card,    POB 41067,
                   Norfolk VA 23541
517155061       +E-mail/Text: bankruptcy@savit.com Feb 21 2018 23:35:20      Savit Collection Agency,
                   46 West Ferris Street,    East Brunswick, NJ 08816-2159
517155062        E-mail/Text: bankruptcy@savit.com Feb 21 2018 23:35:20      Savit Collection Agency,
                   P.O. Box 250,    East Brunswick, NJ 08816-0250
517155071       +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:39:12      Synchrony Bank,
                   170 Election Road, Suite 125,    Draper, UT 84020-6425
517155070       +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:39:16      Synchrony Bank,    C/O JC Penney,
                   Bankruptcy Dept.,    P.O. Box 965061,    Orlando, FL 32896-5061
517156192       +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:39:12      Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517155065        E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:39:16      Synchrony Bank,    C/O Amazon,
                   P.O. Box 965015,    Orlando, FL 32896-5015
517155066       +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:39:12      Synchrony Bank,    C/O Amazon,
                   PO Box 965036,    Orlando, FL 32896-5036
517155068       +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:39:35      Synchrony Bank,    C/O JC Penney,
                   PO Box 965007,    Orlando, FL 32896-5007
517155069       +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:39:35      Synchrony Bank,    C/O JC Penney,
                   PO Box 965009,    Orlando, FL 32896-5009
517155067        E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:39:35      Synchrony Bank,    C/O Amazon,
                   ATTN: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517155019*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    PO Box 982238,    El Paso, TX 79998-2238)
517155020*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    PO Box 982235,    El Paso, TX 79998-2235)
517155072*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corporation,     5005 N. River Boulevard NE,
                  Cedar Rapids, IA 52411-6634)
517155074*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corporation,     Bankruptcy Department,
                  P.O. Box 8026,   Cedar Rapids, IA 52409-8026)
517155075*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corporation,     Toyota Financial Services,
                  P.O. Box 15012,   Chandler, AZ 85244-5012)
                                                                                       TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin              Page 3 of 3              Date Rcvd: Feb 21, 2018
                               Form ID: 137             Total Noticed: 64
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2018 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Roger   Chavez   on behalf of Debtor Carlos E Rodriguez rchavez01@aol.com, rchavez@chavezlegal.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                     TOTAL: 5