Last revised: August 1, 2017

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE:    **Carlos E. Rodriguez**              Case No.:    **17-32168**
                                               Judge:       **John K. Sherwood**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original                    ☐ Modified/Notice Required           Date:    **February 19, 2018**
☑ Motions Included            ☑ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☑ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  **RC**       Initial Debtor:  **CER**       Initial Co-Debtor  _____

| Part 1: Payment and Length of Plan |
|---|

a. The debtor shall pay **$1,384.00** through February 28, 2018, and then pay **$419.06** monthly to the Chapter 13 Trustee, starting on **March 1, 2018** for approximately **56** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
    ☑   Future Earnings
    ☐   Other sources of funding (describe source, amount and date when funds are available):

    c. Use of real property to satisfy plan obligations:
       ☐ Sale of real property
       Description:
       Proposed date for completion: _____

       ☐ Refinance of real property:
       Description:
       Proposed date for completion: _____

       ☐ Loan modification with respect to mortgage encumbering property:
       Description:
       Proposed date for completion: _____

    d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2:  Adequate Protection    **X NONE**

    a. Adequate protection payments will be made in the amount of $\_\_\_ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to \_\_\_ (creditor).

    b. Adequate protection payments will be made in the amount of $\_\_\_ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: \_\_\_ (creditor).

## Part 3:  Priority Claims (Including Administrative Expenses)

    a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---:|
| **Roger Chavez, Attorney at Law** | **Administrative Claim** | **$3,000.00** |
| **Marie-Ann Greenberg, Chapter 13 Standing Trustee** | **Trustee Commissions** | **$2,485.11** |

    b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
    Check one:
    ☑ None
    ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

**Part 4: Secured Claims**

**a. Curing Default and Maintaining Payments on Principal Residence:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

3

| Toyota Motor Credit Corporation | 2017 Toyota Camry 24,000 miles Market value is based on Kelley Blue Book Online Valuation Service, taking into account vehicle's present physical, mechanical condition and mileage (As of October 25, 2017). | $29,298.00 | $17,000.00 | None | $17,000.00 | 5.25% | $19,366.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☑ **NONE**

The following secured claims are unaffected by the Plan:

Creditor

**g. Secured Claims to be Paid in Full Through the Plan** ☑ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

**Part 5:  Unsecured Claims        X NONE**

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $____ to be distributed *pro rata*

☐ Not less than ___ percent

☑ *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

**Part 6:  Executory Contracts and Unexpired Leases        X NONE**

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

4

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7: Motions  ☐ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. *A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a.  **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|

b.  **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

c.  **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| Toyota Motor Credit Corporation | 2017 Toyota Camry 24,000 miles Market value is based on Kelley Blue Book Online Valuation Service, taking into account vehicle's present physical, mechanical condition and mileage (As of October 25, 2017). | $29,298.00 | $17,000.00 | $17,000.00 | $12,298.00 |

## Part 8: Other Plan Provisions
a.  **Vesting of Property of the Estate**

☑ Upon Confirmation
☐ Upon Discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Priority Claims**
4) **Lease Arrearages**
5) **Secured Claims**
6) **General Unsecured Claims**

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: **November 27, 2017**.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **The amended plan incorporates the resolution of Toyota Motor Credit Corporation's (TMCC) objection to the Debtor's original plan.** | **Debtor has increased the cramdown amount owed to TMCC from $16,383.00 to $17,000.00 at 5.25% *Till* interest for the life of the plan. Along with additional attorneys' fees of $3,000.00, accrued in the course of Debtor's counsel litigating the "910 claim" objection, the Debtor's monthly trustee payment will increase from $346.00 to $419.06 per month, for the remaining 56 months of the plan commencing on March 1, 2018.** |

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☑ Yes    ☐ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures
☑ NONE
☐ Explain here:

6

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

| Date | **February 19, 2018** | /s/ Roger Chavez |
|---|---|---|
| | | **Roger Chavez** |
| | | Attorney for the Debtor |
| Date: | **February 19, 2018** | /s/ Carlos E. Rodriguez |
| | | **Carlos E. Rodriguez** |
| | | Debtor |
| Date: | | |
| | | Joint Debtor |

**Signatures**

The Debtor(s) and the attorney for the Debtor(s) if any, must sign this Plan.

| Date | **February 19, 2018** | /s/ Roger Chavez |
|---|---|---|
| | | **Roger Chavez** |
| | | Attorney for the Debtor |

I certify under penalty of perjury that the above is true.

| Date: | **February 19, 2018** | /s/ Carlos E. Rodriguez |
|---|---|---|
| | | **Carlos E. Rodriguez** |
| | | Debtor |
| Date: | | |
| | | Joint Debtor |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                                Case No. 17-32168-JKS
Carlos E Rodriguez                                                    Chapter 13
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 3                  Date Rcvd: Feb 21, 2018
                              Form ID: pdf901            Total Noticed: 64


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2018.
db             +Carlos E Rodriguez,    235 Harrison Avenue, 1st Floor,     Garfield, NJ 07026-1209
517155018      +Angela Echavarria,    C/ODivision of Child Support Enforcement,     P.O. Box 14,
                 Albany, NY 12201-0014
517155016       Angela Echavarria,    C/O NYS Child Support Processing Center,     P.O. Box 15368,
                 Albany, NY 12212-5368
517155017      +Angela Echavarria,    C/ODivision of Child Support Enforcement,     40 North Pearl Street, RM 13C,
                 Albany, NY 12243-0001
517155021     ++BANK OF AMERICA,     PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,      4161 Piedmont Parkway,    NC4-105-03-14,
                 Greensboro, NC 27410)
517155022      +Bank Of America,    100 North Tryon Street,    Charlotte, NC 28202-4031
517155025       Barclays Bank Delaware,    Card Services,    P.O. Box 13337,    Philadelphia, PA 19101-3337
517155023      +Barclays Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
517155024       Barclays Bank Delaware,    Card Services,    Payment Disputes,    P.O. Box 8803,
                 Wilmington, DE 19899-8803
517155027     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank USA NA,      15000 Capital One Drive,
                 Richmond, VA 23238-1119)
517256152       Capital One Bank (USA), N.A.,     PO Box 71083,   Charlotte, NC  28272-1083
517155028       Capital One Bank USA NA,    PO Box 30285,    Salt Lake City, UT 84130-0285
517155026       Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
517155029      +Carmen Rodriguez,    19 Kathys Court,    Paterson, NJ 07501-3068
517155030       Chase Bank,   C/O Bank One,     PO Box 15298,   Wilmington, DE 19850-5298
517155032      +Chase Bank,   C/O Bank One,     PO Box 15548,   Wilmington, DE 19886-5548
517155031      +Chase Bank,   C/O Bank One,     800 Brooksedge Boulevard,    Westerville, OH 43081-2822
517155035       Citi Cards,   P.O. Box 6500,     Sioux Falls, SD 57117-6500
517155033       Citi Cards,   P.O. Box 6241,     Sioux Falls, SD 57117-6241
517155034      +Citi Cards,   P.O. Box 6062,     Sioux Falls, SD 57117-6062
517155037       Comenity Capital Bank,    C/O Toyota Rewards,    PO Box 183043,    Columbus, OH 43218-3043
517155038       Comenity Capital Bank,    C/O Toyota Rewards,    PO Box 183003,    Columbus, OH 43218-3003
517155036      +Comenity Capital Bank,    C/O Toyota Rewards,    PO Box 182120,    Columbus, OH 43218-2120
517268742       Department Stores National Bank,     c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
517155039      +GC Services LP,    GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
517155040      +GC Services LP,    GC Services Limited Partnership,    P.O. Box 2667,    Houston, TX 77252-2667
517155041      +GC Services LP,    GC Services Limited Partnership,    P.O. Box 3855,    Houston, TX 77253-3855
517155044      +IC System, Inc.,    IC Systems Collections,    444 Highway 96 East,    St. Paul, MN 55127-2557
517155042       IC System, Inc.,    IC Systems Collections,    PO Box 64378,    St. Paul, MN 55164-0378
517155043       IC System, Inc.,    IC Systems Collections,    PO Box 64437,    St. Paul, MN 55164-0437
517155046      +Imaging Subspecialists Of North Jersey,     1135 Broad Street, 3rd Floor, Suite 4,
                 Clifton, NJ 07013-3346
517155045      +Imaging Subspecialists Of North Jersey,     1 Bay Avenue,    Montclair, NJ 07042-4837
517155047      +Imaging Subspecialists Of North Jersey,     703 Main Street-Ground Floor,
                 Paterson, NJ 07503-2621
517155050      +LCA Collections,    C/O Laboratory Corporation of America,     1250 Chapel Hill Road,
                 Burlington, NC 27215-7141
517155051       LCA Collections,    C/O Laboratory Corporation of America,     P.O. Box 2240,
                 Burlington, NC 27216-2240
517155049       Law Offices Of Hayt, Hayt & Landau, LLC,     P.O. Box 500,    Eatontown, NJ 07724-0500
517155048      +Law Offices Of Hayt, Hayt & Landau, LLC,     2 Industrial Way West,    Eatontown, NJ 07724-2279
517155054      +Macys,   9111 Duke Drive,    Mason, OH 45040-8999
517155053      +Macys,   PO Box 8053,    Mason, OH 45040-8053
517155052      +Macys,   PO Box 8218,    Mason, OH 45040-8218
517155055      +Mullooly, Jeffrey, Rooney & Flynn, LLP,     6851 Jericho Turnpike, Suite 220,    P.O. Box 9036,
                 Syosset, NY 11791-9036
517155057      +Omni Eye Services,    475 Prospect Avenue,    West Orange, NJ 07052-4197
517155058      +Omni Eye Services,    2200 Route 10 West,    Parsippany, NJ 07054-5305
517155056       Omni Eye Services,    485 Route 1 South, Building A,     Iselin, NJ 08830
517155059      +Sall Myers Medical Associates, P.A.,     100 Hamilton Plaza, 3rd Floor,    Paterson, NJ 07505-2109
517155060      +Sall Myers Medical Associates, P.A.,     P.O. Box 2947,    Paterson, NJ 07509-2947
517155063       Selip & Stylianou, LLP,    10 Forrest Avenue, Suite 300,     P.O. Box 914,
                 Paramus, NJ 07653-0914
517155064      +Selip & Stylianou, LLP,    199 Crossways Park Drive,     P.O. Box 363,   Woodbury, NY 11797-0363
517155076     ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corporation,      4 Gatehall Drive Suite 350,
                 Parsippany, NJ 07054)
517155073      +Toyota Motor Credit Corporation,     P.O. Box 9786,    Cedar Rapids, IA 52409-0004
517200577      +Toyota Motor Credit Corporation,     PO Box 9013,   Addison, Texas 75001-9013
```

```
District/off: 0312-2           User: admin              Page 2 of 3                Date Rcvd: Feb 21, 2018
                               Form ID: pdf901          Total Noticed: 64

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2018 23:34:31      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2018 23:34:28      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517252475        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2018 23:45:22
                 Portfolio Recovery Associates, LLC,    c/o Jetblue Rewards Card,    POB 41067,
                 Norfolk VA 23541
517155061       +E-mail/Text: bankruptcy@savit.com Feb 21 2018 23:35:22      Savit Collection Agency,
                 46 West Ferris Street,    East Brunswick, NJ 08816-2159
517155062        E-mail/Text: bankruptcy@savit.com Feb 21 2018 23:35:22      Savit Collection Agency,
                 P.O. Box 250,    East Brunswick, NJ 08816-0250
517155071       +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:39:39      Synchrony Bank,
                 170 Election Road, Suite 125,    Draper, UT 84020-6425
517155070       +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:38:56      Synchrony Bank,   C/O JC Penney,
                 Bankruptcy Dept.,    P.O. Box 965061,    Orlando, FL 32896-5061
517156192       +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:39:17      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517155065        E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:39:40      Synchrony Bank,   C/O Amazon,
                 P.O. Box 965015,    Orlando, FL 32896-5015
517155066       +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:38:56      Synchrony Bank,   C/O Amazon,
                 PO Box 965036,    Orlando, FL 32896-5036
517155068       +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:39:17      Synchrony Bank,   C/O JC Penney,
                 PO Box 965007,    Orlando, FL 32896-5007
517155069       +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:38:56      Synchrony Bank,   C/O JC Penney,
                 PO Box 965009,    Orlando, FL 32896-5009
517155067        E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:39:39      Synchrony Bank,   C/O Amazon,
                 ATTN: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517155019*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,     PO Box 982238,    El Paso, TX 79998-2238)
517155020*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,     PO Box 982235,    El Paso, TX 79998-2235)
517155072*       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Corporation,     5005 N. River Boulevard NE,
                 Cedar Rapids, IA 52411-6634)
517155074*       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Corporation,     Bankruptcy Department,
                 P.O. Box 8026,    Cedar Rapids, IA 52409-8026)
517155075*       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Corporation,     Toyota Financial Services,
                 P.O. Box 15012,    Chandler, AZ 85244-5012)
                                                                                 TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                                    Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0312-2              User: admin               Page 3 of 3                Date Rcvd: Feb 21, 2018
                                  Form ID: pdf901           Total Noticed: 64
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2018 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Roger Chavez    on behalf of Debtor Carlos E Rodriguez rchavez01@aol.com,  rchavez@chavezlegal.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```