| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>ROGER CHAVEZ, ESQ. (RC4040)<br>744 BROAD STREET, SUITE 1600<br>NEWARK, NEW JERSEY 07102<br>(973) 735-0530<br>ATTORNEY FOR DEBTOR, CARLOS E. RODRIGUEZ | Order Filed on March 28, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>CARLOS E. RODRIGUEZ,<br><br>DEBTOR. | Case No.:  17-32168/JKS<br><br>Chapter:  13<br><br>Judge:  JKS |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 28, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Roger Chavez, Esq._____, the applicant, is allowed a fee of $ _____3,000.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____3,000.00_____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $____419.06____ per month for _remaining 56_ months to allow for payment of the above fee.

*rev.8/1/15*