Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−32168−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Carlos E Rodriguez
    136 2nd Street
    Englewood, NJ 07631

Social Security No.:
    xxx−xx−0488

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

      NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/31/20.

      Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

      This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 31, 2020
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-32168-JKS
Carlos E Rodriguez                                                        Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin           Page 1 of 3              Date Rcvd: Jul 31, 2020
                                 Form ID: 148           Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2020.
db             +Carlos E Rodriguez,   136 2nd Street,   Englewood, NJ 07631-3916
517155016       Angela Echavarria,   C/O NYS Child Support Processing Center,   P.O. Box 15368,
                Albany, NY 12212-5368
517155017      +Angela Echavarria,   C/ODivision of Child Support Enforcement,   40 North Pearl Street, RM 13C,
                Albany, NY 12243-0001
517155018      +Angela Echavarria,   C/ODivision of Child Support Enforcement,   P.O. Box 14,
                Albany, NY 12201-0014
517155022      +Bank Of America,   100 North Tryon Street,   Charlotte, NC 28202-4024
517351720      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
517155029      +Carmen Rodriguez,   19 Kathys Court,   Paterson, NJ 07501-3068
517155039      ++GC SERVICES LIMITED PARTNERSHIP,   6330 GULFTON,   HOUSTON TX 77081-1198
                (address filed with court: GC Services LP,   GC Services Limited Partnership,   6330 Gulfton,
                Houston, TX 77081)
517155040      +GC Services LP,   GC Services Limited Partnership,   P.O. Box 2667,   Houston, TX 77252-2667
517155041      +GC Services LP,   GC Services Limited Partnership,   P.O. Box 3855,   Houston, TX 77253-3855
517155047      +Imaging Subspecialists Of North Jersey,   703 Main Street-Ground Floor,
                Paterson, NJ 07503-2621
517155045      +Imaging Subspecialists Of North Jersey,   1 Bay Avenue,   Montclair, NJ 07042-4837
517155046      +Imaging Subspecialists Of North Jersey,   1135 Broad Street, 3rd Floor, Suite 4,
                Clifton, NJ 07013-3346
517155051       LCA Collections,   C/O Laboratory Corporation of America,   P.O. Box 2240,
                Burlington, NC 27216-2240
517155050      +LCA Collections,   C/O Laboratory Corporation of America,   1250 Chapel Hill Road,
                Burlington, NC 27215-7141
517155049       Law Offices Of Hayt, Hayt & Landau, LLC,   P.O. Box 500,   Eatontown, NJ 07724-0500
517155048      +Law Offices Of Hayt, Hayt & Landau, LLC,   2 Industrial Way West,   Eatontown, NJ 07724-2279
517155055       Mullooly, Jeffrey, Rooney & Flynn, LLP,   6851 Jericho Turnpike, Suite 220,   P.O. Box 9036,
                Syosset, NY 11791-9036
517155058      +Omni Eye Services,   2200 Route 10 West,   Parsippany, NJ 07054-5305
517155057      +Omni Eye Services,   475 Prospect Avenue,   West Orange, NJ 07052-4197
517155056       Omni Eye Services,   485 Route 1 South, Building A,   Iselin, NJ 08830
517155060      +Sall Myers Medical Associates, P.A.,   P.O. Box 2947,   Paterson, NJ 07509-2947
517155059      +Sall Myers Medical Associates, P.A.,   100 Hamilton Plaza, 3rd Floor,   Paterson, NJ 07505-2109
517155063       Selip & Stylianou, LLP,   10 Forrest Avenue, Suite 300,   P.O. Box 914,
                Paramus, NJ 07653-0914
517155064      +Selip & Stylianou, LLP,   199 Crossways Park Drive,   P.O. Box 363,   Woodbury, NY 11797-0363
517200577      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 31 2020 23:47:24   U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 31 2020 23:47:21    United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517363708       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2020 23:53:46
                Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
                Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
517155020       EDI: BANKAMER.COM Aug 01 2020 03:03:00   Bank Of America,   PO Box 982235,
                El Paso, TX 79998-2235
517155019       EDI: BANKAMER.COM Aug 01 2020 03:03:00   Bank Of America,   PO Box 982238,
                El Paso, TX 79998-2238
517155021       EDI: BANKAMER.COM Aug 01 2020 03:03:00   Bank of America,   4161 Piedmont Parkway,
                NC4-105-03-14,   Greensboro, NC 27410
517155025       EDI: TSYS2.COM Aug 01 2020 03:03:00   Barclays Bank Delaware,   Card Services,
                P.O. Box 13337,   Philadelphia, PA 19101-3337
517155024       EDI: TSYS2.COM Aug 01 2020 03:03:00   Barclays Bank Delaware,   Card Services,
                Payment Disputes,   P.O. Box 8803,   Wilmington, DE 19899-8803
517155023      +EDI: TSYS2.COM Aug 01 2020 03:03:00   Barclays Bank Delaware,   125 South West Street,
                Wilmington, DE 19801-5014
517155027       EDI: CAPITALONE.COM Aug 01 2020 03:03:00   Capital One Bank USA NA,   15000 Capital One Drive,
                Richmond, VA 23238-1119
517256152       EDI: CAPITALONE.COM Aug 01 2020 03:03:00   Capital One Bank (USA), N.A.,   PO Box 71083,
                Charlotte, NC 28272-1083
517155026       EDI: CAPITALONE.COM Aug 01 2020 03:03:00   Capital One Bank USA NA,   PO Box 30281,
                Salt Lake City, UT 84130-0281
517155028       EDI: CAPITALONE.COM Aug 01 2020 03:03:00   Capital One Bank USA NA,   PO Box 30285,
                Salt Lake City, UT 84130-0285
517155034       EDI: CITICORP.COM Aug 01 2020 03:03:00   Citi Cards,   P.O. Box 6062,   Sioux Falls, SD 57117
517155033       EDI: CITICORP.COM Aug 01 2020 03:03:00   Citi Cards,   P.O. Box 6241,
                Sioux Falls, SD 57117-6241
517155035       EDI: CITICORP.COM Aug 01 2020 03:03:00   Citi Cards,   P.O. Box 6500,
                Sioux Falls, SD 57117-6500

```
District/off: 0312-2          User: admin              Page 2 of 3              Date Rcvd: Jul 31, 2020
                              Form ID: 148             Total Noticed: 72
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
517155038      EDI: WFNNB.COM Aug 01 2020 03:03:00      Comenity Capital Bank,   C/O Toyota Rewards,
               PO Box 183003,   Columbus, OH 43218-3003
517155037      EDI: WFNNB.COM Aug 01 2020 03:03:00      Comenity Capital Bank,   C/O Toyota Rewards,
               PO Box 183043,   Columbus, OH 43218-3043
517155036     +EDI: WFNNB.COM Aug 01 2020 03:03:00      Comenity Capital Bank,   C/O Toyota Rewards,
               PO Box 182120,   Columbus, OH 43218-2120
517268742      EDI: Q3G.COM Aug 01 2020 03:03:00        Department Stores National Bank,   c/o Quantum3 Group LLC,
               PO Box 657,   Kirkland, WA  98083-0657
517155039      E-mail/Text: CMG.GCS.BKP@gcserv.com Jul 31 2020 23:46:22    GC Services LP,
               GC Services Limited Partnership,   6330 Gulfton,   Houston, TX 77081
517155044     +EDI: IIC9.COM Aug 01 2020 03:03:00       IC System, Inc.,    IC Systems Collections,
               444 Highway 96 East,   St. Paul, MN 55127-2557
517155043      EDI: IIC9.COM Aug 01 2020 03:03:00       IC System, Inc.,    IC Systems Collections,
               PO Box 64437,   St. Paul, MN 55164-0437
517155042      EDI: IIC9.COM Aug 01 2020 03:03:00       IC System, Inc.,    IC Systems Collections,
               PO Box 64378,   St. Paul, MN 55164-0378
517155031      EDI: JPMORGANCHASE Aug 01 2020 03:04:00      Chase Bank,   C/O Bank One,
               800 Brooksedge Boulevard,   Westerville, OH 43081
517155030      EDI: JPMORGANCHASE Aug 01 2020 03:04:00      Chase Bank,   C/O Bank One,   PO Box 15298,
               Wilmington, DE 19850-5298
517155032      EDI: JPMORGANCHASE Aug 01 2020 03:04:00      Chase Bank,   C/O Bank One,   PO Box 15548,
               Wilmington, DE 19886
517363545      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2020 23:53:47
               LVNV Funding, LLC its successors and assigns as,   assignee of Citibank, N.A.,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517155054     +EDI: TSYS2.COM Aug 01 2020 03:03:00      Macy*s,   9311 Duke Drive,   Mason, OH 45040-8999
517155053     +EDI: TSYS2.COM Aug 01 2020 03:03:00      Macy*s,   PO Box 8053,   Mason, OH 45040-8053
517155052     +EDI: TSYS2.COM Aug 01 2020 03:03:00      Macy*s,   PO Box 8218,   Mason, OH 45040-8218
517252475      EDI: PRA.COM Aug 01 2020 03:03:00        Portfolio Recovery Associates, LLC,
               c/o Jetblue Rewards Card,   POB 41067,   Norfolk VA 23541
517350807      EDI: Q3G.COM Aug 01 2020 03:03:00        Quantum3 Group LLC as agent for,   MOMA Funding LLC,
               PO Box 788,   Kirkland, WA  98083-0788
517155061     +E-mail/Text: bankruptcy@savit.com Jul 31 2020 23:48:11     Savit Collection Agency,
               46 West Ferris Street,   East Brunswick, NJ 08816-2159
517155062      E-mail/Text: bankruptcy@savit.com Jul 31 2020 23:48:11     Savit Collection Agency,
               P.O. Box 250,   East Brunswick, NJ 08816-0250
517155071     +EDI: RMSC.COM Aug 01 2020 03:03:00       Synchrony Bank,   170 Election Road, Suite 125,
               Draper, UT 84020-6425
517155070     +EDI: RMSC.COM Aug 01 2020 03:03:00       Synchrony Bank,   C/O JC Penney,   Bankruptcy Dept.,
               P.O. Box 965061,   Orlando FL 32896-5061
517156192     +EDI: RMSC.COM Aug 01 2020 03:03:00       Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
517155065      EDI: RMSC.COM Aug 01 2020 03:03:00       Synchrony Bank,   C/O Amazon,   P.O. Box 965015,
               Orlando, FL 32896-5015
517155066     +EDI: RMSC.COM Aug 01 2020 03:03:00       Synchrony Bank,   C/O Amazon,   PO Box 965036,
               Orlando, FL 32896-5036
517155068     +EDI: RMSC.COM Aug 01 2020 03:03:00       Synchrony Bank,   C/O JC Penney,   PO Box 965007,
               Orlando, FL 32896-5007
517155069     +EDI: RMSC.COM Aug 01 2020 03:03:00       Synchrony Bank,   C/O JC Penney,   PO Box 965009,
               Orlando, FL 32896-5009
517155067      EDI: RMSC.COM Aug 01 2020 03:03:00       Synchrony Bank,   C/O Amazon,   ATTN: Bankruptcy Dept.,
               P.O. Box 965060,   Orlando, FL 32896-5060
517155076      EDI: TFSR.COM Aug 01 2020 03:03:00       Toyota Motor Credit Corporation,
               4 Gatehall Drive Suite 350,   Parsippany, NJ 07054
517155072      EDI: TFSR.COM Aug 01 2020 03:03:00       Toyota Motor Credit Corporation,
               5005 N. River Boulevard NE,   Cedar Rapids, IA 52411-6634
517155074      EDI: TFSR.COM Aug 01 2020 03:03:00       Toyota Motor Credit Corporation,   Bankruptcy Department,
               P.O. Box 8026,   Cedar Rapids, IA 52409-8026
517155073     +EDI: TFSR.COM Aug 01 2020 03:03:00       Toyota Motor Credit Corporation,   P.O. Box 9786,
               Cedar Rapids, IA 52409-0004
                                                                               TOTAL: 47


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517155075*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corporation,   Toyota Financial Services,
               P.O. Box 15012,   Chandler, AZ 85244-5012)
                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 3 of 3          Date Rcvd: Jul 31, 2020
                              Form ID: 148             Total Noticed: 72
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                              Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2020 at the address(es) listed below:
            Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation
            dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
            Marie-Ann  Greenberg    magecf@magtrustee.com
            Rebecca Ann Solarz     on behalf of Creditor     Toyota Motor Credit Corporation
            rsolarz@kmllawgroup.com
            Roger  Chavez     on behalf of Debtor Carlos E Rodriguez rchavez01@aol.com,  rchavez@chavezlegal.com
            U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 5
```